UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANTHONY ARMSTRONG, | No. 2:21-cv-1881-WBS-EFB (PC) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| PLUMAS COUNTY, | |
| Defendant. | |

Plaintiff proceeded without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 13, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. No party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 13, 2025 (ECF No. 30) are adopted in full;

2. Plaintiff's motion to reopen the case (ECF No. 29) is DENIED.

Dated:  September 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2